DELMA AGENCY LIMITED, Appellant, v. CHARLES U. BAY et al., Individually and as Copartners Doing Business as A. M. KIDDER & Co., Respondents.— Order unanimously affirmed. No opinion. The date for the examination to proceed

shall be fixed in the order. Settle order on notice. Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ.